THE PEOPLE OF THE STATE OF NEW YORK ex rel. HER-
MANN E. GOLDSCHMIDT, Appellant, v. EUGENE M.
TRAVIS, Respondent.

*People ex rel. Goldschmidt* v. *Travis*, 167 App. Div. 475, affirmed.
(Argued October 11, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
May 15, 1915, which affirmed an order of Special Term
denying a motion for a writ of mandamus to compel the
defendant to reinstate the relator in the position of exami-
ner of municipal accounts from which he claimed to have
been removed for political reasons, contrary to the Civil
Service Law.

*Clarence U. Carruth, Charles R. Carruth* and *William
W. Gerber* for appellant.

*Egburt E. Woodbury, Attorney-General (Edward G.
Griffin* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.